UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GILBERTO RIVERA HERNANDEZ,
                        Plaintiff,

           -v-

COMMISSIONER OF SOCIAL SECURITY,
                        Defendant.
-----------------------------------------------------------X

19 **CIVIL** 4025 (PAE)(KHP)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 5, 2020, that this action is reversed and remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
         February 5, 2020

                                       **RUBY J. KRAJICK**
                                         Clerk of Court

                       BY:
                                       **Deputy Clerk**